UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDERLYN CHIQUINQUIRA
GONZALEZ FERNANDEZ,

                    Petitioner,

        v.

JULIO HERNANDEZ et al.,

                    Respondents.

CASE NO. 2:26-cv-01066-JNW

ORDER

        The Court has received the motion for a temporary restraining order. Dkt. No. 6. The motion asserts that Gonzalez Fernandez is a citizen of Venezuela currently detained at the Northwest ICE Processing Center in Tacoma, Washington. The motion states that Gonzalez Fernandez received notice on April 1, 2026, that she would be deported in 48 hours. Dkt. No. 7 at 6, 8.

        The Court may grant a TRO to preserve the Court's jurisdiction and to maintain the status quo. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter.").

ORDER - 1

Accordingly, the Court orders as follows:

1. Petitioner's motion for a temporary restraining order, Dkt. No. 6, is GRANTED for the purpose of maintaining the status quo so that the Court may review the merits of the TRO motion after full briefing.

2. Respondents are PROHIBITED from removing Petitioner to any country or from the Northwest ICE Processing Center to any other detention facility during the pendency of these proceedings, without further order, unless necessary for medical evaluation, medical treatment, or release.

3. Respondents may file a response, if any, to Petitioner's motion by 5:00 p.m. (PT) on April 6, 2026. No reply is permitted.

Dated this 2nd day of April, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 2